FILED
AUG 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IVY BAILEY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS INC., )<br>)<br>    Defendant. )<br>) | Case: 1:07-cv-01494<br>Assigned To : Huvelle, Ellen S.<br>Assign. Date : 8/20/2007<br>Description: Employ. Discrim. |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1, Defendant Verizon Business Network Services Inc. ("Verizon Business"), improperly pled as Verizon Communications Inc., hereby certifies through undersigned counsel that it is a wholly owned subsidiary of MCI Communications Corporation, which in turn is a wholly owned subsidiary of Verizon Business Global, L.L.C., which is in turn a wholly owned subsidiary of Verizon Communications Inc. Verizon Communications Inc. is a publicly held corporation which owns the following additional subsidiaries having securities in the hands of the public:

    1.    Verizon Delaware, L.L.C., formerly known as "Verizon Delaware Inc.," "Bell Atlantic – Delaware, Inc.," and "The Diamond State Telephone Company."

    2.    Verizon Maryland Inc., formerly known as "Bell Atlantic – Maryland, Inc.," and "The Chesapeake and Potomac Telephone Company of Maryland."

    3.    Verizon New Jersey Inc., formerly known as "Bell Atlantic – New Jersey, Inc." and "New Jersey Bell Telephone Company."

    4.    Verizon Pennsylvania Inc., formerly known as "Bell Atlantic – Pennsylvania, Inc." and "The Bell Telephone Company of Pennsylvania."

5. Verizon Virginia Inc., formerly known as "Bell Atlantic – Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of Virginia."

6. Verizon West Virginia Inc., formerly known as "Bell Atlantic – West Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of West Virginia, Inc."

7. Verizon New York Inc., formerly known as "New York Telephone Company."

8. Verizon New England Inc., formerly known as "New England Telephone and Telegraph Company."

9. Verizon California Inc., formerly known as "GTE California Incorporated."

10. Verizon Florida L.L.C., formerly known as "Verizon Florida Inc." and "GTE Florida Incorporated."

11. Verizon North Inc., formerly known as "GTE North Incorporated."

12. Verizon Northwest Inc., formerly known as "GTE Northwest Incorporated."

13. Verizon South Inc., formerly known as "GTE South Incorporated."

14. NYNEX Corporation

15. GTE Corporation

16. GTE Southwest Incorporated, d/b/a Verizon Southwest.

These representations are made in order that judges of this Court may determine the need for recusal.

DATED this 20th day of August, 2007.

          Respectfully submitted,

          Jacqueline M. Holmes (Bar No. 450357)
          JONES DAY
          51 Louisiana Avenue, N.W.
          Washington, D.C. 20001-2113
          Telephone: (202) 879-3939
          Facsimile: (202) 626-1700

          Willis J. Goldsmith (Bar No. 945956)
          JONES DAY
          222 East 41st Street
          New York, New York 10017-6702
          Telephone: (212) 326-3939
          Facsimile: (212) 755-7306

          ATTORNEYS FOR DEFENDANT VERIZON
          BUSINESS NETWORK SERVICES INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2007, I caused a true and correct copy of the foregoing Defendant's Corporate Disclosure Statement to be served by first class mail, postage prepaid, upon:

> Ivy G. Bailey
> 1774 Manor Road
> Windsor, Pennsylvania 17366-9108

_____
Jacqueline M. Holmes