CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IVY BAILEY                )
                          )
                          )
                          )
        Plaintiff         )
                          )
                          )
    v.                    )    Civil Case Number 07-1494 (RCL)
                          )
                          )
VERIZON COMMUNICATIONS INC. )   Category    H
                          )
                          )
        Defendant         )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 10, 2007 from Judge Ellen S. Huvelle to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee


cc:    Judge Huvelle & Courtroom Deputy
       Judge Lamberth & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk ✓