UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IVY BAILEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1494 (RCL) |
| VERIZON COMMUNICATIONS INC., | ) |
| Defendant. | ) |

## ORDER

Having considered defendant's motion [3] to dismiss the complaint, and all materials and arguments submitted in support thereof and in opposition thereto, it is hereby, for reasons which will be set forth in a memorandum to be filed shortly,

ORDERED that defendant's motion to dismiss the complaint is GRANTED. It is further

ORDERED that plaintiff's complaint is hereby dismissed.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on March 31, 2008.